364 P.2d 1048

**Warren E. BURTON, Petitioner,**

v.

**Harold A. COX, Warden New Mexico Penitentiary and Manuel N. Brown, Director of Parole, Respondents.**

No. 7051.

Supreme Court of New Mexico.

Oct. 4, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process in this Court.

Further ordered that petition for writ of habeas corpus be and the same is hereby denied.

364 P.2d 1048

**Glenn S. THORNTON, Petitioner,**

v.

**PEOPLE of the State of New Mexico, Respondent.**

No. 7052.

Supreme Court of New Mexico.

Oct. 4, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason that the petitioner has not exhausted his remedy in the district court.